No. 04–98. SNAKE RIVER VALLEY ELECTRIC ASSN. *v.* PACIFI-CORP ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–103. STUMBO, ATTORNEY GENERAL OF KENTUCKY, ET AL. *v.* ANDERSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–112. TATE *v.* KOPEC. C. A. 3d Cir. Certiorari denied.

No. 04–131. PACIFIC GAS & ELECTRIC CO. ET AL. *v.* CALIFORNIA PUBLIC UTILITIES COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–146. AEROFLOT RUSSIAN AIRLINES *v.* MGM PRODUCTIONS GROUP, INC. C. A. 2d Cir. Certiorari denied.

No. 04–149. BAKER ET AL. *v.* IBP, INC. C. A. 7th Cir. Certiorari denied.

No. 04–177. MCKEE ET AL. *v.* CITY OF CASSELBERRY, FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 04–209. HOWARD *v.* COLUMBIA PUBLIC SCHOOL DISTRICT ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–219. SHUMSKY *v.* CHEIN. C. A. 9th Cir. Certiorari denied.

No. 04–227. SELLENS *v.* AMERICAN STATES INSURANCE CO. Ct. App. Kan. Certiorari denied.

No. 04–228. FIRST NATIONAL BANK OF MILACA *v.* BENJAMIN ET AL.; and
No. 04–229. MILLE LACS COUNTY, MINNESOTA *v.* BENJAMIN ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–230. LATINO *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.